**TREEHOUSE LAW, LLP**
BENJAMIN HEIKALI (SBN 307466)
KATHERINE PHILLIPS (SBN 353048)
3130 Wilshire Blvd., Suite 555
Santa Monica, CA 90403
Telephone: (310) 751-5948
bheikali@treehouselaw.com
kphillips@treehouselaw.com

**PEARSON WARSHAW, LLP**
MELISSA S. WEINER*
RYAN T. GOTT
328 Barry Avenue S., Suite 200
Wayzata, MN 55391
Tel: 612-389-0600
Fax: 612-389-0610
mweiner@pwfirm.com
rgott@pwfirm.com
*Admitted Pro Hac Vice

*Attorneys for Plaintiff and the Putative Classes*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JON KARDASSAKIS, SB# 90602
E-Mail:
Jon.Kardassakis@lewisbrisbois.com
ELEONORA ANTONYAN, SB# 338379
E-Mail:
Eleonora.Antonyan@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

*Attorneys for Defendant*
*FINEST VITAMINS, LLC*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

CHRISTIAN CAMPOS, individually and on behalf of all others similarly situated,

       Plaintiff,

   v.

FINEST VITAMINS, LLC,

       Defendant.

CASE NO. 2:25-CV-06168-PD

**ORDER TO VOLUNTARILY DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

JOINT STIPULATION AND ORDER TO VOLUNTARILY DISMISS ACTION

## ORDER

**TO EACH PARTY AND THEIR ATTORNEYS OF RECORD:**

The Court having read and considered the Stipulation of the parties and good cause appearing, **IT IS HEREBY ORDERED:**

1. Individual Plaintiff's claims are dismissed with prejudice.

2. The claims of the putative class members are dismissed without prejudice.

3. In accordance with the confidential agreement of the Parties, each Party shall bear her, his, or its own attorneys' fees and costs. No Party shall be liable for attorneys' fees or costs to any other Party or the putative class.

**IT IS SO ORDERED.**

DATED: January 23, 2026

_____
Patricia Donahue
United States Magistrate Judge

JOINT STIPULATION AND [PROPOSED] ORDER TO VOLUNTARILY DISMISS ACTION
1